## STATE OF CONNECTICUT *v.* WILLIAM JONES
### (13536)

DUPONT, C. J., and O'CONNELL and LAVERY, Js.

Argued December 9, 1994—decision released January 3, 1995

*Lauren Weisfeld,* assistant public defender, for the appellant (defendant).

*Pamela S. Meotti,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Michael Pepper,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.[1]

---

[1] This appeal was taken originally to the Supreme Court. Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.